NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PURLENE HIGGINS,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2012-3104

---

Petition for review of the Merit Systems Protection Board in case no. SF0831110572-I-1.

---

## ON MOTION

---

## ORDER

Purlene Higgins moves for a 90-day extension of time until August 27, 2012, to find an attorney and file her brief. The government responds with alternative requests to suspend briefing and extend the time to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for an extension of time is granted. Ms. Higgins must file her brief by August 27, 2012.

(2)  The request to suspend briefing is denied.  The government's response brief will be calculated from the date of filing of Ms. Higgins' opening brief.

FOR THE COURT

__JUN 1 8 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Purlene Higgins
     Kenneth S. Kessler, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 8 2012

JAN HORBALY
CLERK